UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERMIAS BETURE, ELISHA POLOMSKI, and JAMES SAMUELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendant. | 2:17-CV- 5757-SRC-CLW<br><br>**STIPULATION** |

WHEREAS Plaintiffs Ermias Beture, Elisha Polomski and James Samuelson ("Plaintiffs") served the Complaint on Defendant Samsung Electronics America, Inc. ("Samsung") on August 16, 2017;

WHEREAS Samsung's answer, motion or other response to the Complaint is currently due on September 6, 2017; and

WHEREAS Plaintiffs anticipate that they will amend the Complaint;

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel on behalf of their respective clients, as follows:

1. No response to the Complaint by Samsung is necessary.

2. Plaintiffs shall file an Amended Complaint on or before September 20, 2017.

3. Samsung shall answer, move or otherwise respond to the Amended Complaint on or before October 31, 2017.

[signatures on following page]

| | |
|---|---|
| KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C. | GREENBERG TRAURIG, LLP |
| /s/ Gary S. Graifman<br>Gary S. Graifman<br>210 Summit Avenue<br>Montvale, New Jersey 07645 | /s/ Eric D. Wong<br>Richard A. Edlin<br>Eric D. Wong<br>Yangho Charles Shin<br>500 Campus Drive, Suite 400<br>Florham Park, NJ 07932 |
| -and- | |
| Nicholas A. Migliaccio (*pro hac vice* application to follow)<br>Jason S. Rathod (*pro hac vice* application to follow)<br>MIGLIACCIO & RATHOD LLP<br>412 H Street N.E., Ste. 302<br>Washington, DC 20002<br>Tel: (202) 470-3520 | -and-<br><br>Robert Herrington (*pro hac vice* application to follow)<br>GREENBERG TRAURIG, LLP<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Samsung Electronics America, Inc.* |

Dated: September 5, 2017

SO ORDERED:

_____ 9/13/17

HON. STANLEY R. CHESLER

CATHY L. WALDOR